IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil Action No. 07-00403 (RMU) |

**NOTICE OF APPEARANCE**

COME NOW the undersigned counsel and enter their appearance as counsel of record for the United States Department of Justice. All service, correspondence, and notices should be directed to Rupa Bhattacharyya at the fax numbers and/or addresses set forth below:

<u>Address for U.S. Mail</u>

Rupa Bhattacharyya
Trial Attorney, Civil Division
U.S. Department of Justice
P.O. Box 883
Washington, D.C. 20044

<u>Address for Overnight Mail and Hand Delivery</u>

Rupa Bhattacharyya
Trial Attorney, Civil Division
U.S. Department of Justice
20 Massachusetts Ave., N.W., Room 7338
Washington, D.C. 20001

Tel: (202) 514-3146
Fax: (202) 318-7593
E-Mail: rupa.bhattacharyya@usdoj.gov

Please be advised that due to continuing delays associated with incoming U.S. Mail at government locations, correspondence by fax, overnight mail, electronic mail, or hand delivery is preferred.

By way of this Notice, the Court is also advised that undersigned lead counsel, Ms. Bhattacharyya, will be out of the country on personal leave from March 24 through April 6, 2007. Counsel for plaintiff, David Sobel, Esq., was so advised by telephone on March 21, 2007.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

ELIZABETH J. SHAPIRO
Assistant Director, Federal Programs Branch


____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated:   March 23, 2007.