UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>    Plaintiff,<br><br>v.<br><br>DEPARTMENT OF JUSTICE,<br><br>    Defendant. | 07-CV-00403 (TFH) |

### ORDER

On April 12, 2007, this case was reassigned from Judge Ricardo M. Urbina to Chief Judge Thomas F. Hogan through the Calendar Committee. Accordingly, it hereby is

**ORDERED** that all parties shall appear for an initial scheduling conference to take place on **Tuesday, May 8, 2007, at 10:30 a.m., in Courtroom 25A**, which is located in the Judge William B. Bryant Annex to the E. Barrett Prettyman United States Courthouse, 333 Constitution Avenue, N.W., Washington, D.C., 20001. Counsel shall confer and submit no later than three business days in advance of the initial scheduling conference a joint written report proposing a schedule for further proceedings in this Freedom of Information Act ("FOIA") case, such as proposed deadlines for the parties to file legal briefs. The parties' joint report also should advise the Court whether the parties consent to transfer this case to a United States Magistrate Judge for all purposes pursuant to 28 U.S.C. § 636(c). It also is

**ORDERED** that all documents must be filed by electronic means in compliance with LCvR 5.4 of the Rules of the United States District Court for the District of Columbia, which addresses cases assigned to the Case Management/Electronic Case Management Filing System

("CM/ECF"). Parties may obtain a CM/ECF password from the Clerk of the Court. A copy of the Rules of the United States District Court for the District of Columbia is available on the court's website at http://www.dcd.uscourts.gov. It further is

**ORDERED** that any request for a continuance of a court date shall be by motion and must include alternative dates that have been agreed to by all parties.

The Court expects professionalism, courtesy and civility to govern the parties' conduct at all times during these proceedings.

**SO ORDERED.**


April 17, 2007                                                    /s/
                                                            Thomas F. Hogan
                                                              Chief Judge