UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF JUSTICE,<br><br>        Defendant. | 07-CV-00403 (TFH) |

## SCHEDULING ORDER

In accordance with the Court's order dictated from the bench during the status conference that took place yesterday in open court, it hereby is **ORDERED** that this case shall proceed according to the following schedule:

1. On or before May 11, 2007, the defendant shall file its motion for summary judgment and memorandum of points and authorities in support thereof;

2. On or before June 4, 2007, the plaintiff shall file its cross-motion for summary judgment and one consolidated memorandum of points and authorities in support of the cross-motion for summary judgment and in opposition to the defendant's motion for summary judgment;

3. On or before June 25, 2007, the defendant shall file one consolidated memorandum of points and authorities in opposition to the plaintiff's cross-motion for summary judgment and replying in response to the plaintiff's opposition to the defendant's motion for summary judgment; and

4. On or before July 2, 2007, the plaintiff shall file its reply in response to the

defendant's opposition to the plaintiff's cross-motion for summary judgment.

It further is **ORDERED** that the parties shall appear on July 25, 2007, at 11:00 a.m. in Courtroom 25A to present oral arguments regarding the pending motions.

**SO ORDERED.**


May 9, 2007                                                                                     /s/
                                                                                   Thomas F. Hogan
                                                                                      Chief Judge