IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | ) | |
| | ) | |
| Plaintiff, | ) | Civil No. 07-00403 (TFH) |
| | ) | |
| v. | ) | |
| | ) | |
| DEPARTMENT OF JUSTICE, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**NOTICE OF LODGING OF CLASSIFIED EXHIBIT IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION
FOR <u>IN CAMERA</u> REVIEW AND REPLY IN SUPPORT OF
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Defendant the Department of Justice, through its undersigned counsel, hereby provides notice that it is lodging for submission in support of Defendant's Opposition to Plaintiff's Motion for in Camera Review and Reply in Support of Defendant's Motion for Summary Judgment the <u>In Camera</u>, <u>Ex Parte</u> Declaration of Matthew G. Olsen, Deputy Assistant Attorney General, National Security Division, for the Court's <u>in camera</u>, <u>ex parte</u> review.

This declaration is classified in part pursuant to Executive Order 12958, 60 Fed. Reg. 19825 (Apr. 17, 1995), as amended by Executive Order 13292, 68 Fed. Reg. 15315 (Mar. 25, 2003), and cannot be disclosed without proper authorization. The Declaration is being lodged for secure storage and transmission to the Court with the United States Department of Justice, Litigation Security Group, 20 Massachusetts Avenue, N.W., 5th Floor, Washington, D.C., (202) 514-9016. A redacted form of this declaration is provided as an exhibit to Defendant's Opposition to Plaintiff's Motion for in Camera Review and Reply in Support of Defendant's Motion for Summary Judgment, filed this date on the public record.

-2-

        Respectfully submitted,

        PETER D. KEISLER
        Assistant Attorney General, Civil Division

        JEFFREY A. TAYLOR
        United States Attorney

        JOSEPH H. HUNT
        Director, Federal Programs Branch

        JOHN R. TYLER
        Senior Trial Counsel
        Federal Programs Branch

        ____*/s/ Rupa Bhattacharyya*_____
        RUPA BHATTACHARYYA (VA# 38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C.  20044
        Tel: (202) 514-3146
        Fax: (202) 318-7593
        Email: rupa.bhattacharyya@usdoj.gov

Dated: June 25, 2007.