IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> _____) | Civil No. 07-00403 (TFH) |

**CONSENT MOTION TO CONTINUE HEARING**

By Scheduling Order entered May 9, 2007 (Docket No. 6), the Court set a hearing in this case on the pending motions for July 25, 2007. Undersigned counsel for defendant has developed a conflict on that date and, accordingly, with the consent of plaintiff's counsel, respectfully requests that the hearing be continued and rescheduled for one day later, on July 26, 2007, at 11:00 a.m.. On July 3, 2007, undersigned counsel for defendant, along with plaintiff's counsel, David Sobel, Esq., contacted the Court's Chambers by telephone, and were advised that the Court's calendar could accommodate the requested continuance.

WHEREFORE, defendant respectfully requests that the Court continue the hearing currently set for July 25, 2007, until July 26, 2007, at 11:00 a.m. As noted above, plaintiff's counsel, Mr. David Sobel, Esq., does not oppose the relief requested in this motion.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOHN R. TYLER
Senior Trial Counsel
Federal Programs Branch

-2-

        ___*/s/ Rupa Bhattacharyya*_____
        RUPA BHATTACHARYYA (VA 38877)
        Senior Trial Counsel
        Federal Programs Branch, Civil Division
        United States Department of Justice
        P.O. Box 883, 20 Massachusetts Ave., N.W.
        Washington, D.C.  20044
        Tel: (202) 514-3146
        Fax: (202) 318-7593
        rupa.bhattacharyya@usdoj.gov

Dated:   July 4, 2007

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>DEPARTMENT OF JUSTICE, )<br>)<br>Defendant. )<br>_____) | Civil No. 07-00403 (TFH) |

**[PROPOSED] ORDER**

The Court, having fully considered the Consent Motion to Continue, and finding that Motion to be well-taken, hereby GRANTS the Motion. The motion hearing currently set in the captioned case for July 25, 2007, shall be continued to July 26, 2007, at 11:00 a.m.

IT IS SO ORDERED, this ____ day of July, 2007.

_____
UNITED STATES DISTRICT JUDGE