UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,**<br><br>Plaintiff,<br><br>v.<br><br>**DEPARTMENT OF JUSTICE,**<br><br>Defendant. | Civil No. 07-00403 (TFH) |

## ORDER

Pending before the Court is [7] Defendant's Motion for Summary Judgment and [10] Plaintiff's Cross-Motion for *In Camera* Review. In accordance with the accompanying Memorandum Opinion and the ruling articulated by the Court at the hearing that took place on July 26, 2007, it hereby is

**ORDERED** that [7] Defendant's Motion for Summary Judgment is **GRANTED**. Accordingly, judgment shall be entered in favor of the defendant. It also is

**ORDERED** that [10] Plaintiff's Cross-Motion for *In Camera* Review is **DENIED**.

**SO ORDERED.**

August 14, 2007                             /s/ *Thomas F. Hogan*
                                                     Thomas F. Hogan
                                                        Chief Judge