IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | Civil No. 07-00403 (TFH) |
| ) | |
| v. ) | |
| ) | |
| DEPARTMENT OF JUSTICE, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT'S RESPONSE
TO PLAINTIFF'S MOTION FOR RECONSIDERATION**

In response to the Plaintiff's Motion for Reconsideration, filed August 3, 2007 (Docket No. 16), defendant, the Department of Justice, respectfully refers the Court to the first three sentences of footnote 1 of the In Camera, Ex Parte Declaration of Matthew G. Olsen, previously lodged with the Court for its review. See Notice of Lodging of Classified Exhibit in Support of Defendant's Opposition to Plaintiff's Motion for In Camera Review and Reply in Support of Motion for Summary Judgment, filed June 25, 2007 (Docket No. 12). Any further response to plaintiff's Motion would require an additional classified filing, for which defendant sees no need at this time. Should the Court require further information or clarification of defendant's response, however, defendant would be prepared to respond accordingly.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General, Civil Division

JEFFREY A. TAYLOR
United States Attorney

JOSEPH H. HUNT
Director, Federal Programs Branch

-2-

                                              JOHN R. TYLER
Senior Trial Counsel
Federal Programs Branch

____/s/ Rupa Bhattacharyya_____
RUPA BHATTACHARYYA (VA# 38877)
Senior Trial Counsel
Federal Programs Branch, Civil Division
United States Department of Justice
P.O. Box 883, 20 Massachusetts Ave., N.W.
Washington, D.C.  20044
Tel: (202) 514-3146
Fax: (202) 318-7593
Email: rupa.bhattacharyya@usdoj.gov

Dated: August 16, 2007.