A0450 (Rev. - DC 04/00) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF COLUMBIA

ELECTRONIC FRONTIER FOUNDATION

JUDGMENT IN A CIVIL CASE

V.

DEPARTMENT OF JUSTICE

Case Number: CA 07-403

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

☑ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard a decision has been rendered.

IT IS ORDERED AND ADJUDGED

THAT JUDGEMENT IN THE ABOVE -ENTITLED CAUSE IS ENTERED IN FAVOR OF THE DEFENDANT, THE DEPARTMENT OF JUSTICE, AGAINST THE PLAINTIFF, ELECTRONIC FRONTIER FOUNDATION.

Dated: 8/17/07

NANCY MAYER-WHITTINGTON, Clerk

By: _____
Deputy Clerk