UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

**ELECTRONIC FRONTIER FOUNDATION,**

       **Plaintiff,**

  **v.**

**DEPARTMENT OF JUSTICE,**

       **Defendant.**

**Civil No. 07-00403 (TFH)**

## ORDER

Pending before the Court is Plaintiff's Motion for Reconsideration [Docket No. 16]. In accordance with the accompanying Memorandum Opinion, it hereby is

**ORDERED** that Plaintiff's Motion for Reconsideration is **DENIED**.

**SO ORDERED.**

January 29, 2008                                                         /s/ *Thomas F. Hogan*
                                                                                    Thomas F. Hogan
                                                                                       Chief Judge